ELLA MILLER ARMSTRONG, APPELLANT, v. UNION COUNTY TRUST COMPANY, RESPONDENT.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *Edwin Joseph O'Brien.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BODINE, WELLS, COLE, JJ.   6.

*For reversal*—HEHER, HETFIELD, DEAR, RAFFERTY, JJ.   4.